157 A.3d 848

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
JERMAINE THORPE (A/K/A JUSTINE THORPE),
DEFENDANT–RESPONDENT.

December 7, 2016

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.

157 A.3d 848

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RALPH KIETT, JR., DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002457–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.